**Dawud RAHIM, Plaintiff-Appellant,**

v.

**The SOUTH CAROLINA DEPART-MENT OF PROBATION, PAROLE, AND PARDON SERVICES, Defen-dant-Appellee.**

**No. 17-6825**

United States Court of Appeals, Fourth Circuit.

Submitted: December 19, 2017

Decided: December 21, 2017

Dawud Rahim, Appellant Pro Se.

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dawud Rahim appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Rahim v. SC Dep't of Prob.*, No. 0:16-cv-02440-JMC (D.S.C. June 7, 2017). We deny Rahim's motion to amend. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*